DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| The Cadle Company, | ) |
| | ) CASE NO. 4:06 CV 1873 |
| Plaintiff(s), | ) |
| | ) |
| v. | ) JUDGMENT ENTRY |
| | ) |
| Reiner, Reiner & Bendett, P.C., | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

    For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the above-captioned case is dismissed with prejudice, each party to bear its own costs.  Case closed.

| | |
|---|---|
| December 13, 2006 | *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |